# EXHIBIT

# A

1 reply 0 retweets 21 likes
Show this thread
Zoé Elise Thomas

riththewarluid@

24 Dec 2019

Zoé Elise Thomas Retweeted Zoé Elise Thomas

Let me be clear. This is no longer an issue of academic freedom and defending controversial scholarship. This is an issue of student safety, an issue of gaslighting and manipulation, an issue of bullying and cruelty.

Zoé Elise Thomas Retweeted
Rebecca Futo Kennedy



kataplexis@

23 Dec 2019

Rebecca Futo Kennedy



 Retweeted Ian Nurmi

If any UT Austin students are willing to share with Ian their concerns about TH, he is making himself available.

Rebecca Futo Kennedy



 added,

Ian Nurmi
@i_nurmi
Replying to @kataplexis @apistone @_iocheaira
If any UT-Austin students want to share their stories but don't wish to do so publicly, I'm happy to talk to them and bring their concerns to the rest of the steering committee. My DM's, and email, are open.
1 reply 8 retweets 23 likes
Zoé Elise Thomas Retweeted
Kelly McArdle

@_iocheaira

23 Dec 2019

Welcome to the field of Classics where it's controversial to say that someone who promotes pedophilic relationships, asked undergrads to talk about their rapes for a class assignment, and claims women are too biased to think critically about rape law should be afraid.
9 replies 27 retweets 260 likes
Show this thread
Zoé Elise Thomas

@riththewarluid

23 Dec 2019

Zoé Elise Thomas added,
Kristina Killgrove
Verified account @DrKillgrove
Austin students want professor fired for writings on age of consent; UT says it's protected speech http://statesman.com/news/20191204/austin-students-want-professor-fired-for-writings-on-age-of-consent-ut-says-itrsquos-protected-speech …

**Austin students want professor fired for writings on age of consent; UT ...**

Lara Korte

For weeks, University of Texas students have been protesting against and asking school leaders to fire professor...

7:53 PM - 5 Dec 2019

2 Retweets
35 Likes
Dr. HJC Lehmann
Kiran Mansukhani
crass iron skillet

Rebecca Futo Kennedy  

Ellen Lee
Dr. Joy Reeber
Lucy "Public Universal Foe" Parr ♠
Leah Bernardo-Ciddio
-cj rice-

1 reply 2 retweets 35 likes

New conversation
Zoé Elise Thomas
@riththewarluid
5 Dec 2019

For my own mental health, I do not want to discuss this much in public fora. But I would be negligent in my role as a junior educator at UT if I did not defend my students. I fight for their protections and safety in the Graduate Student Assembly, and I will keep fighting.
1 reply 0 retweets 22 likes
Zoé Elise Thomas

riththewarluid@

5 Dec 2019

I condemn the behavior of this professor (as well as the others in my institution) who jeopardize the safety of me, my students, others in my department (both passed and yet to come), and all other students at UT.
2 replies 0 retweets 20 likes
Zoé Elise Thomas

riththewarluid@

5 Dec 2019

I have many other emotions. Disgust, rage, fear, anxiety. It is a lot to parse, and Twitter is not the place to do it. Suffice to say: I am 100% behind these extremely brave undergraduates who are risking themselves in a system stacked against them to put an end to this BS.
1 reply 0 retweets 18 likes
Zoé Elise Thomas

riththewarluid@

5 Dec 2019

And, to be absolutely clear, I condemn ALL aspects of this behavior: rape apologism, pedophilia, abuse of undergrads, cruelty, gaslighting, misogyny, elitism, and every other form of nastiness involved.
0 replies 0 retweets 19 likes

End of conversation