UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Thomas Hubbard PhD | § § | |
| vs. | § § | NO:   AU:20-CV-01193-RP |
| Zoe Elise Thomas | § § | |

**ORDER**

    The Court sets and directs the parties, or counsel acting on their behalf, to appear by phone for an initial pretrial conference on April 28, 2021 at 09:00 AM . Counsel for Plaintiff shall be responsible for coordinating the call and providing dial-in information at least 24 hours prior to the hearing to opposing counsel and to the Courtroom Deputy at julie_golden@txwd.uscourts.gov. The parties should be prepared to discuss potential trial settings as the Court intends to set a trial date in this action at the initial pretrial conference.

    Until the Court enters a scheduling order in this case and absent additional instruction from the Court, the parties shall abide by all agreed deadlines set out in their proposed scheduling order

**SIGNED** on 14th day of April, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE