UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DR. THOMAS HUBBARD, PhD,<br><br>    *Plaintiff*,<br><br>v.<br><br>ZOÉ ELISE THOMAS,<br><br>    *Defendant*. | Case No. 1:20-cv-01193-RP |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party  Zoe Elise Thomas  through counsel  Catherine Robb and Samuel Mallick, Haynes and Boone LLP

____ consents to having a United States Magistrate Judge preside over the trial in this case.

 X  declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

/s/ Samuel Mallick

Attorney for:

Zoe Elise Thomas

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 15th day of June, 2021, a true and correct copy of the foregoing document was forwarded via e-filing to the following counsel of record:

Joseph D. Sibley
sibley@camarasibley.com
Camara & Sibley LLP
1108 Lavaca St., Suite 110263
Austin, TX 78701

*Counsel for Plaintiff Dr. Thomas Hubbard*

                                                       */s/ Samuel Mallick*
                                                     Samuel Mallick