### UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| DR. THOMAS HUBBARD, PhD, | |
| *Plaintiff*, | |
| v. | Case No. 1:20-cv-01193-RP |
| ZOE ELISE THOMAS, | |
| *Defendant*. | |

### JOINT STIPULATED DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Dr. Thomas Hubbard, PhD ("Plaintiff") and Defendant Zoé Elise Thomas ("Defendant") hereby file their Joint Stipulated Dismissal With Prejudice as follows:

The Parties hereby stipulate that all affirmative claims for relief brought in the above-referenced case should be DISMISSED WITH PREJUDICE as to refiling same. Each Party shall bear their own attorneys' fees and costs. The Parties request that this case be removed from the Court's docket and the case closed.

Respectfully submitted,

CAMARA & SIBLEY LLP

/s/ Joseph D. Sibley
Joseph D. Sibley
State Bar No. 24047203
sibley@camarasibley.com

1

Camara & Sibley LLP
1108 Lavaca St
Suite 110263
Austin, Texas 78701
Telephone: (713) 966-6789
Fax: (713) 583-1131

**ATTORNEYS FOR PLAINTIFF**


HAYNES AND BOONE, LLP

*/s/ Catherine L. Robb*
Catherine L. Robb
State Bar No. 24007924
catherine.robb@haynesboone.com
HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1300
Austin, TX 78701-3238
Telephone: (512) 867-8400
Facsimile: (512) 867-8640

Samuel T. Mallick
State Bar No. 24109501
sam.mallick@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940


**COUNSEL FOR ZOÉ ELISE THOMAS**



**CERTIFICATE OF SERVICE**

This is to certify that on this the 20th day of July, 2021, a true and correct copy of the above and foregoing instrument was properly forwarded to all counsel of record via ECF.


/s/ Joe Sibley
Joe Sibley

2